IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BONDARY McCALL,
REG. #43827-019                                                                                    PLAINTIFF

v.                                         2:07CV00106 JMM/HDY

T.C. OUTLAW                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(a)(3) the Court certifies that an in forma pauperis appeal from this Judgment and the accompanying Memorandum and Order would not be in good faith.

IT IS SO ADJUDGED this   22   day of   October  , 2007.


_____
United States District Judge